UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRANDON HART,

                Plaintiff,

-v-

                CIVIL ACTION NO.: 24 Civ. 7423 (LGS) (SLC)

FEDERAL BUREAU OF INVESTIGATION, et al.,

                **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

On January 2, 2025, the undersigned issued an order directing pro se Plaintiff Brandon Hart ("Mr. Hart") to show cause why this action should not be dismissed for his failure to effect service on Defendants. (ECF No. 8 (the "OTSC")). On March 4, 2025, after Mr. Hart failed to respond to the OTSC, the undersigned issued a Report and Recommendation recommending that this action be dismissed under Federal Rule of Civil Procedure 4(m). (ECF No. 9 (the "R&R")). The deadline for Mr. Hart to file objections to the R&R is today, March 18, 2025. (Id. at 3).

Since the Court issued the R&R, Mr. Hart has submitted over 350 pages of documents consisting of: (1) various versions of, or addendums and supplements to, the Complaint (see ECF Nos. 10, 13, 15, 17, 19); (2) letters to FBI and North Carolina state officials (see ECF Nos. 12, 14, 16, 18, 20, 21, 23); (3) a Freedom of Information Act request dated July 22, 2023 (see ECF No. 22); and (4) a document entitled "Response to dismissing case due to not filing service of summons" (ECF No. 11 (the "Response")). The Court has reviewed these documents and finds

that the only one even partially responsive to the R&R's findings is the Response.[1]  The information contained in the document does not, however, provide any basis to alter or vacate the R&R addressed to the Honorable Lorna G. Schofield.  The R&R, and Mr. Hart's deadline to file objections to it, therefore remain in place.

    The Court reminds Mr. Hart that even if this case is dismissed, he has an opportunity to pursue relief in <u>Hart v. Fed. Bureau of Investigation</u>, No. 25 Civ. 781 (KPF) (S.D.N.Y.), a nearly identical action he has filed in this Court.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Hart.

Dated:    New York, New York
           March 18, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

---

[1] Most of the Response consists of information not relevant to the issue of service, but at least one page of the document appears to address the issue.  (<u>See</u> ECF No. 11 at 3).